UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARYANN MILLER,

              Plaintiff,

    v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

              Defendant.

CASE NO. 3:17-cv-5762 TSZ-BAT

**ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS**

The Court **GRANTS** plaintiff's *in forma pauperis* application, Dkt. 1, and **ORDERS**:

Plaintiff shall be issued summonses. Plaintiff is responsible for serving the complaint and

summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil

Procedure. Plaintiff may effectuate service electronically as detailed in Amended General Order

04-15 and General Order 05-15, by sending a copy of the summonses and complaint, along with

plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

DATED this 22nd day of September, 2017.

                               _____
                               BRIAN A. TSUCHIDA
                               United States Magistrate Judge