UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| CARYANN MILLER, | Civil No. 3:17-CV-05762-TSZ-BAT |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's unopposed Motion (Dkt. 8), it is hereby **ORDERED** that Defendant shall have up to and including **March 5, 2018**, to file a Response to Plaintiff's Complaint.

DATED this 14th day of February, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge