UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARYANN MILLER,

                Plaintiff,

    v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

                Defendant.

Case No. 3:17-cv-05762-TSZ-BAT

**ORDER REVERSING AND REMANDING**

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

1) The Court adopts the unopposed Report and Recommendation.

2) The Commissioner's decision is **REVERSED AND REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). On remand, the Administrative Law Judge will review the April 11, 2016 medical opinion of Patricia Wooden, M.D., and issue a new decision.

3) The Clerk shall provide copies of this Order to the parties and Judge Tsuchida.

DATED this 22nd day of June, 2018.

*/s/ Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER REVERSING AND REMANDING - 1