UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARYANN MILLER, | 3:17-cv-05762-TSZ |
| Plaintiff, | |
| vs. | |
| | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff's unopposed Motion for Attorney's Fees, docket no. 23, is GRANTED, and it is hereby ORDERED that, pursuant to 42 U.S.C § 406(b), attorney's fees of $16,857.50 shall be awarded to Plaintiff. Such funds shall be paid to Schneider, Kerr & Robichaux, PO Box 14490, Portland, OR 97293. The attorney's fees of $2,404.17 previously awarded pursuant to the Equal Access to Justice Act shall be refunded to Plaintiff upon counsel's receipt of the 42 U.S.C. § 406(b) fee, except to the extent that such funds are seized by the Treasury.

IT IS SO ORDERED.

Dated this 29th day of October, 2019.

Thomas S. Zilly
United States District Judge

ORDER - 1